1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MILLER,

11              Plaintiff,              No. 2:10-cv-1522 JFM (PC)

12        vs.

13   K. TERRY, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18   required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

19   either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or

20   to submit the appropriate filing fee.

21              In accordance with the above, IT IS HEREBY ORDERED that:

22              1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23   in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24   Court, or the appropriate filing fee; plaintiff's failure to comply with this order may result in the

25   dismissal of this action; and

26   /////

1

1        2.  The Clerk of the Court is directed to send plaintiff a new Application to

2   Proceed In Forma Pauperis By a Prisoner.

3   DATED: June 28, 2010.

4

5

6

UNITED STATES MAGISTRATE JUDGE

7   /mp

8   mill1522.3a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                No. 2:10-cv-1522 JFM (PC)

    vs.

K. TERRY, et al.,                    SUBMISSION OF

        Defendants.           IFP or FILING FEE

_____/

        Plaintiff hereby submits the following document in compliance with the court's

order filed _____:

        _____        IFP affidavit

        _____        The appropriate filing fee

DATED:

                          _____

                          Plaintiff