IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

    Plaintiff,                                       No. 2:10-cv-1522 JFM (PC)

    vs.

K. TERRY, et. al.,

    Defendants.                    ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, paid the required filing fee or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a)(1) and (2).[1]

        Review of court records reveals that on at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. See Order and Findings and Recommendations, filed Oct. 7, 2009, in Miller v. McGrath, No. 2:08-cv-00070 HWG-KSC (PC) (E.D. Cal.), slip op. at 2 and cases cited therein.[2] Plaintiff is therefore precluded from proceeding in forma

---

[1] By order filed June 30, 2010, plaintiff was directed to do so. Good cause appearing, that order will be vacated.

[2] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  pauperis in this action unless plaintiff is "under imminent danger of serious physical injury." 28

2  U.S.C. § 1915(g).  Plaintiff has not alleged any facts which suggest that he is under imminent

3  danger of serious physical injury.  Thus, plaintiff must submit the appropriate filing fee in order

4  to proceed with this action.

5        In accordance with the above, IT IS HEREBY ORDERED that:

6        1.  This court's June 30, 2010 order is vacated; and

7        2.  Plaintiff shall submit, within twenty days from the date of this order, the

8  appropriate filing fee.  Plaintiff's failure to comply with this order will result in a

9  recommendation that this action be dismissed.

10  DATED: July 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
mill1522.fee