IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                   No. 2:10-cv-1522-JFM (PC)

    vs.

K. TERRY, et al.,

        Defendants.          <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party who will appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent filed July 1, 2010.

        By an order filed July 21, 2010, this court found that on at least three occasions lawsuits filed by plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted and, therefore, that plaintiff was precluded from proceeding with this action in forma pauperis unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The court further found that plaintiff has not alleged any facts which suggest that he faces such danger. Accordingly, the court ordered plaintiff to pay the appropriate filing fee for this action within twenty days.

1        The twenty day period has passed and plaintiff has not paid the filing fee or
2 responded in any way to the court's July 21, 2010 order.
3        Accordingly, good cause appearing, IT IS HEREBY ORDERED that this action is
4 dismissed without prejudice.
5 DATED: August 24, 2010.

                                 UNITED STATES MAGISTRATE JUDGE

12
mill1522.fpf